Richard J. Idell, State Bar No. 069033
Ory Sandel, State Bar No. 233204
DICKENSON, PEATMAN & FOGARTY
A Professional Corporation
1455 First Street, Suite 301
Napa, California 94559
Telephone: (707) 252-7122
Facsimile: (707) 255-6876

*Attorneys for Plaintiff Marval Dental Support, LLC*

Jon D. Cantor, State Bar No. 091852
Abirami Gnanadesigan, State Bar No. 263375
DYKEMA GOSSETT PLLC
333 South Grand Avenue, Suite 2100
Los Angeles, CA  90071
Telephone:  (213) 457-1800
Facsimile:  (213) 457-1850Suite 2100

*Attorneys for Defendants Dr. Man's Dental Practice, Inc.
and Dr. Man's Happy Dental Group, Inc.*

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARVAL DENTAL SUPPORT, LLC, a Delaware limited liability company,<br><br>        Plaintiff,<br><br>   v.<br><br>DR. MAN'S DENTAL PRACTICE, INC., a California corporation doing business as WOW DENTAL; DR. MAN'S HAPPY DENTAL GROUP, INC., a California corporation doing business as WOW DENTAL; and DOES 1 through 100, inclusive,<br><br>        Defendants. | CASE NO. 2:20-cv-00016-MRW<br><br>**STIPULATION RE: DISMISSAL, WITH PREJUDICE [F.R.C.P. 41(a)]** |

This Stipulation is entered into by and between Plaintiff Marval Dental Support, LLC ("Plaintiff" or "Marval"), on the one hand, and Dr. Man's Dental Practice, Inc., a California corporation doing business as WOW Dental; and Dr. Man's Happy Dental Group, Inc., a California corporation doing business as WOW Dental, on the other hand (collectively, "Defendants").  Plaintiff

1

and Defendants may be referred to herein severally as a "Party" or jointly as the "Parties".

WHEREAS, Plaintiff filed the complaint in this action on January 2, 2020; and

WHEREAS, Defendants filed an answer to the complaint on February 18, 2020; and

WHEREAS, without adjudication of any issue of fact or law and without any admission of liability, the Parties have reached a settlement of the entire action and entered into a written settlement agreement; and

WHEREAS, pursuant to the Parties' settlement, Plaintiff has agreed to dismiss, with prejudice, all claims against Defendants being made in this action; and

WHEREAS, except as otherwise provided in their settlement agreement, the Parties have agreed mutually to waive any attorneys' fees and costs incurred to date in the prosecution and/or defense of this action; and

WHEREAS, the written settlement agreement provides for the entry of a stipulated consent decree on *ex parte* application in the event of a breach of the agreement by Defendants;

NOW THEREFORE, the Parties agree as follows:

1.0   The foregoing recitals are hereby incorporated by this reference.

2.0   In consideration of this Stipulation, the Parties have agreed mutually to waive any attorneys' fees and costs incurred to date in the prosecution and/or defense of this action.

3.0   Plaintiff shall file this Stipulation with the Court for an order thereon, dismissing this action, each Party to bear its own attorneys' fees and costs.

4.0   Notwithstanding the dismissal of this action with prejudice, if there is an alleged breach of the settlement agreement by Defendants, the court shall reserve jurisdiction to re-open this action for enforcement of the settlement agreement including without limitation for the purpose of entry of the consent decree and enforcement thereof which application may be made after providing Defendants with email notice to Defendants' counsel, Jon D. Cantor, at JDCantor@dykema.com, and

//
//
//

thereafter moving *ex parte* and where Plaintiff need only show that there has been a breach by Defendants of their obligations under the settlement agreement.

DICKENSON, PEATMAN & FOGARTY, P.C.

Dated: May 21, 2020    By:    /s/ Richard J. Idell
                                            Richard J. Idell
                                            Ory Sandel
                                            *Attorneys for Plaintiff Marval Dental Support, LLC*

DYKEMA GOSSETT PLLC

Dated: May 21, 2020    By:    /s/ Jon D. Cantor
                                            Jon D. Cantor
                                            Abirami Gnanadesigan
                                            *Attorneys for Defendants Dr. Man's Dental Practice, Inc. and Dr. Man's Happy Dental Group, Inc.*

## ATTESTATION OF CONCURRENCE

I, Richard J. Idell, as the ECF user and filer of this document, attest that, pursuant to General Order No. 45(X)(B), concurrence in the filing of this document has been obtained from Jon D. Cantor, the above signatory.

DICKENSON, PEATMAN & FOGARTY, P.C.

Dated: May 21, 2020    By:    /s/ Richard J. Idell
                                            Richard J. Idell
                                            Ory Sandel
                                            *Attorneys for Plaintiff Marval Dental Support, LLC*

# [~~PROPOSED~~] ORDER

PURSUANT TO THE FOREGOING STIPULATION, IT IS HEREBY ORDERED that this action is hereby DISMISSED, each party to bear its own attorneys' fees and costs incurred to date in the prosecution and/or defense of this action, except as otherwise provided in the Parties' settlement agreement.

If there is an alleged breach of the parties' settlement agreement by Defendants, the Court reserves jurisdiction to re-open this action for the purposes of deciding if such a breach occurred and, if so, entering an appropriate order, including without limitation a consent decree and enforcement thereof, pursuant to the settlement agreement of the parties.

IT IS SO ORDERED.

Dated: May 21, 2020

_____
Hon. Michael R. Wilner
United States Magistrate Judge